# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-001-00637-CV

**Lazaro Quintanilla, Appellant**

**v.**

**Gray & Becker, P.C., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN103429, HONORABLE SCOTT JENKINS, JUDGE PRESIDING

Appellant Lazaro Quintanilla moves to: (1) vacate the judgment rendered in the 200th Judicial District Court of Travis County in response to the settlement agreement reached between the parties in that cause of action and the class action settlement reached in the 250th Judicial District Court of Travis County relating to the class of all current and former wage-grade employees of the Corpus Christi Army Depot who are designated as "Class I Claimants" in the class action settlement; and (2) following the vacation of that judgment, dismiss his appeal. We grant appellant's agreed motion to vacate the judgment and dismiss the appeal.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Judgment Vacated and Cause Dismissed on Appellant's Motion

Filed: December 13, 2001

Do Not Publish